UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 24, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 13-7824,     <u>Shermaine Johnson v. Henry Ponton</u>
                 3:13-cv-00404-JRS

TO:
Eric Thomas Mitzenmacher
John  Longstreth
Charles Roe Mills
Noam Ariel Kutler

FILING CORRECTION DUE:  February 27, 2014

Please make the correction identified below and file a corrected document by the date indicated.

_____

  [X] Incorrect event used. Please refile reply brief using event ***brief filed***; selecting ***reply brief*** as the type of brief filed.


Michael Radday, Deputy Clerk
804-916-2702